**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**TIREKA COBB**                                    **Civil Action No.  3:24-cv-00679**
        *Plaintiff*                                                          *Consent*

**VERSUS**                                          **MAGISTRATE JUDGE SCOTT D.**
                                                          **JOHNSON**

**BOARD OF REGENTS, (LOSFA)**
        *Defendant*

---

**UNCONTESTED MOTION TO WITHDRAW**
**DEFENDANT'S PENDING 12(b)(5) & 12(b)(2) MOTION TO DISMISS (Doc. 18)**

---

NOW INTO COURT, through undersigned counsel, comes Defendant, the Louisiana Board of Regents ("Defendant"), who respectfully asks this Court to withdraw Defendant's previously filed motion, specifically Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5) & 12(b)(2) filed on November 12, 2024 ("Motion to Dismiss") (Doc. 18). Since the filing of this Motion to Dismiss, Plaintiff has cured all service deficiencies raised in the motion effectively giving this Court personal jurisdiction over Defendant. (Doc. 28.)

The undersigned hereby certifies that she contacted Plaintiff's counsel of record, Clarence Roby, Jr., via email, on January 3, 2025, to ascertain if Plaintiff opposed this motion to withdraw the Motion to Dismiss. Plaintiff's counsel stated he has no objection or opposition to this motion to withdraw Defendant's Motion to Dismiss (Doc. 18.)[1]

Therefore, Defendant, the Louisiana Board of Regents, prays that this Court withdraw Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(5) and 12(b)(2) filed on November 12, 2024 (Doc. 18).

Respectfully submitted on this the 3rd day of January 2025.

---

[1] Exhibit A- Email correspondence from Ms. Bloch to Mr. Roby.

1

**LIZ MURRILL**
**ATTORNEY GENERAL**

*By: /s/Christine S. Keenan*
CHRISTINE S. KEENAN, T.A. (No. 23293)
ELIZABETH BAILLY BLOCH (No. 37591)
MOLLY J. GUNNELS (No. 38249)
**Special Assistant Attorney General**
The Kullman Firm
A Professional Law Corporation
4605 Bluebonnet Boulevard, Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 906-4250
E-mail:        csk@kullmanlaw.com
                   ebb@kullmanlaw.com
                   mkg@kullmanlaw.com

ATTORNEYS FOR DEFENDANT
LOUISIANA BOARD OF REGENTS

## CERTIFICATE OF SERVICE

I do hereby certify that on the 3rd day of January 2025, I electronically filed the foregoing pleading by using the CM/ECF system and that a copy of the foregoing pleading will be served on all counsel of record via the CM/ECF system.

*/s/ Christine S. Keenan*_____
CHRISTINE S. KEENAN

2